NO. CAAP-15-0000037

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NATIONSTAR MORTGAGE LLC,
Plaintiff-Appellant,
vs.
SIONE U. FAITUA; KALISI N. FAITUA;
COUNTY OF MAUI, DEPARTMENT OF HOUSING AND HUMAN CONCERNS,
Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10;
DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10;
DOE ENTITIES 1-10 and DOE GOVERNMENTAL UNITS 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0671(2))

ORDER GRANTING MOTION TO DISMISS
(By: Nakamura, C.J., and Reifurth and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant Nationstar
Mortgage LLC's motion to dismiss, the papers in support, the
record, and there being no opposition filed,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 17, 2016.

On the motion:

Steven T. Iwamura
Robert M. Ehrhorn, Jr.
Ken Ohara
Mary Martin
(Clay Chapman Iwamura Pulice
   & Nervell)
for Plaintiff-Appellant

Chief Judge

Associate Judge

Associate Judge

2